**RECEIVED**
IN LAKE CHARLES, LA

APR 24 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-20059-002 |
| | ) |
| VERSUS | ) JUDGE MINALDI |
| | ) |
| RAJ PRATT | ) MAGISTRATE JUDGE WILSON |

## ORDER

Considering the foregoing Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the government and the facts contained therein,

IT IS HEREBY ORDERED that the motion is granted and a hearing is scheduled for the 3rd day of May, 2007 at 11:15 a.m./p.m. to allow the government to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 23 day of April, 2007 in Lake Charles, Louisiana.

PATRICIA MINALDI
Judge - United States District Court